UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

MARCUS INGRAM, Individually,

    Plaintiff,

v.                                             Case No. 1:22-cv-01882

PIERCE PARTNERSHIP, LLLP
A Limited Liability Limited Partnership

    Defendant.
_____/

### STIPULATION OF DISMISSAL

Plaintiff Marcus Ingram submits this stipulation of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 28th day of July 2022.

                                                          */s/ Pete M. Monismith*

                                                  Pete M. Monismith, Esq.
                                                  Pete M. Monismith, P.C.
                                                  3945 Forbes Ave., #175
                                                  Pittsburgh, PA 15213
                                                  ph. (724) 610-1881
                                                  pete@monismithlaw.com
                                                  **Attorney for Plaintiff**